# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

In the matter of :  CV211-067 Peter Lacy, et al v. Jeff Wayne Wallace, et al

THE DESTRUCTION OF CERTAIN EXHIBITS

This is to certify that the exhibits listed on the attached schedule were filed in actions in which the judgments have now become final. The parties to the actions have been requested in writing to withdraw the exhibits and, no claim having been made for the return of said exhibits, they are now eligible for destruction in accordance with Local Rule 79.4.

Scott L. Poff, Clerk

By : /s/ Claudette Robinson

Dated : 11/12/14

Destruction of the exhibits in the actions listed on the attached schedule is hereby **APPROVED**.

Judge, U.S. District Court